852 F.2d 1241
 Timothy A. PATRICK, M.D., Plaintiff-Appellee,
v.
William M. BURGET, M.D., et al., Defendants-Appellants.
 Nos. 85-3759, 85-4071.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 2, 1988.
 
 Before FLETCHER, ALARCON and WIGGINS, Circuit Judges.
 
 ORDER
 
 1
 The judgment of this court has been reversed by the Supreme Court and remanded to this court for further proceedings in conformity with the opinion of the Supreme Court, --- U.S. ----, 108 S.Ct. 1658, 100 L.Ed.2d 83. Accordingly, we hereby remand to the district court for further proceedings in conformity with the opinion of the Supreme Court.